

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

**GERALD C. MANN**
ATTORNEY GENERAL

January 30, 1939

Honorable Charles R. Martin
County Auditor
Marshall, Texas

Dear Mr. Martin:

Opinion No. 0-104
Re: Payment of bond premium of county engineer.

Your letter of January 11th has been received by this Department and in which you request an opinion as to whether the Commissioners Court has the authority under the law to pay the premium on an official surety bond of the County Engineer.

We do not find any provision in the statutes of this State that would authorize the Commissioners Court to pay the premium on an official bond of a County Engineer.

I respectfully refer you to a letter dated January 4th, addressed to you by Honorable William J. Fanning, Assistant Attorney General in this Department, answering a similar question pertaining to County Auditor (see letter Opinion 0-06).

It is, therefore, the opinion of this Department that the above letter opinion is applicable to the office of County Engineer.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By　Wm. J. R. King (signed)
　　Wm. J. R. King
　　Assistant

WK:AW

APPROVED

Gerald C. Mann (signed)
ATTORNEY GENERAL OF TEXAS

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT